THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
    LIBERMAN DAIRY COMPANY, Appellant.

*People* v. *Liberman Dairy Co.*, 128 App. Div. 904, affirmed.
(Argued June 1, 1909; decided June 15, 1909.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered October 23, 1908, which affirmed an interlocu-
tory judgment of Special Term overruling a demurrer to the
complaint in an action to recover penalties for alleged viola-
tions of the provision of the Agricultural Law forbidding the
sale of adulterated milk.

The following question was certified : " Does the amended
complaint state facts sufficient to constitute a cause of action ? "

*A. W. Weil* and *Joseph Hirschman* for appellant.

*H. W. Bridges* for respondent.

Order affirmed, with costs, and question certified answered
in the affirmative; no opinion.

Concur: GRAY, EDWARD T. BARTLETT, VANN, WERNER and
HISCOCK, JJ.; CULLEN, Ch. J., and HAIGHT, J., dissent upon
the ground that the fact that the prohibition of the sale of
skim milk in New York and Kings counties is unqualified,
while the legislature recognizes such milk as an article fit for
sale in the other counties of the state, renders this provision
of the statute invalid.